# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00581-CV

**John Michael Knowles, Appellant**

**v.**

**Debra R. Avila, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 184,737-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

Appellant John Michael Knowles filed an unopposed motion to dismiss, advising this Court that the controversy has become moot. Accordingly, we grant appellant's motion to dismiss for mootness and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

File: November 15, 2001

Do Not Publish